# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. <u>CV 15-4919-JAK (PLA)</u>　　　　　　　　　　　　　　　　　Date <u>December 4, 2015</u>

Title:　<u>Tyrone Marcell Marsaw v. M. Spears, et al.</u>

---

**PRESENT:** THE HONORABLE <u>PAUL L. ABRAMS</u>　　　　　☐ **U.S. DISTRICT JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ **MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**　　　　　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　(IN CHAMBERS)

On July 1, 2015, the Court granted plaintiff's request to proceed without prepayment of filing fees. Plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (<u>i.e.</u>, by July 31, 2015). On July 17, 2015, the Court granted plaintiff an extension of time to no later than October 29, 2015, to pay the initial partial filing fee of $5.00. On August 17, 2015, plaintiff filed a request for the Court to have the initial filing fee removed from his inmate account. On August 19, 2015, the Court denied plaintiff's request as premature and plaintiff was advised that "should he still be unable to access his inmate account in order to timely pay the initial partial filing fee . . . by October 29, 2015," he could request another extension of time to pay the fee. Also on August 19, 2015, the Court issued an advisement to the Sheriff and other Ventura County Sheriff's officers at the Ventura County Sheriff's Office advising that plaintiff has a pending legal action in this Court and that, as permitted by the jail's rules, he needed access to among other things, his inmate trust account to pay his Court-ordered partial initial filing fee of $5.00. As of the date of this Order, the $5.00 partial filing fee has not been received by the Court, and plaintiff has not sought an extension of time to pay that fee.

Accordingly, **no later than January 4, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **January 4, 2016**, shall be deemed compliance with this Order to Show Cause.

cc:　Tyrone Marcell Marsaw, pro se

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　<u>ch</u>

---