## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Case No.: CV 15-4919-JAK (PLA)**                                      **Date: April 12, 2016**

**Title:   Tyrone Marcell Marsaw v. M. Spears, et al.**

------------------------------------------------------------------------------------------------------

                                                                        ☐ **U.S. DISTRICT JUDGE**
**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**
                                                                        ☒ **MAGISTRATE JUDGE**

|  |  |  |
|---|---|---|
| **Christianna Howard** | **N/A** | **N/A** |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:                     ATTORNEYS PRESENT FOR DEFENDANT(S):
              NONE                                                                 NONE

**PROCEEDINGS:          (IN CHAMBERS)**

On January 8, 2016, this Court issued an Order Dismissing Second Amended Complaint with Leave to Amend. On February 4, 2016, the Court granted in part, plaintiff's request for an extension of time to file a Third Amended Complaint. The Order gave plaintiff until March 25, 2016, to file a Third Amended Complaint that remedied the deficiencies discussed in the January 8, 2016, Order. The Order expressly admonished plaintiff that, if he failed to timely file a Third Amended Complaint, the Court would recommend that the action be dismissed with prejudice. To date, plaintiff has not filed a Third Amended Complaint.

Accordingly, **no later than May 3, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the Third Amended Complaint on or before May 3, 2016, shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to file a Third Amended Complaint by May 3, 2016, shall result in the Court recommending that this action be dismissed.

cc:    Tyrone Marcell Marsaw, pro se

                                                          Initials of Deputy Clerk _____ch_____