# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MARSAW,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPUTY SPEARS, et al.,<br><br>        Defendants. | CASE NO. 15-CV-4919-JAK (SK)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing Third Amended Complaint Without Leave to Amend, IT IS ADJUDGED that the Third Amended Complaint is hereby dismissed without leave to amend, and Judgment is entered dismissing this action with prejudice.

DATED: June 8, 2016

STEVE KIM
U.S. MAGISTRATE JUDGE